■ HOME BOX OFFICE, INC., Appellant, v MORTON GOULD, as President of the American Society of Composers, Authors and Publishers, Respondent, et al., Defendants.—Judgment, Supreme Court, New York County (Burton S. Sherman, J.), entered on October 28, 1991, unanimously affirmed for the

reasons stated by Burton S. Sherman, J., with costs and disbursements. No opinion. Concur—Milonas, J. P., Kupferman, Ross, Asch and Rubin, JJ.